UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN E BLACK, et al.,<br><br>    Defendants. | Case No. 19-cv-05923-JST<br><br>**ORDER OF TRANSFER** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. He has named as defendants Dr. Steven E. Black, DPM, podiatrist; Dr. Vijay Mandyam, podiatrist; Gary Boghossian, DPM, podiatrist; Wesley Health Center, podiatrist; and David Ahdoot, MD, FACOG, orthopedic. ECF No. 1 at 1. These defendants appear to reside or practice in or around Lancaster, CA, and plaintiff alleges that some of these events took place at the Lancaster Public Library in Lancaster, California, or the Warner Brothers Office in Burbank, California. *See generally* ECF No. 1. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in Los Angeles County, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California.

/ / /

/ / /

/ / /

/ / /

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: September 30, 2019



JON S. TIGAR
United States District Judge